IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SOLOTHAL THOMAS | : | |
| | : | |
| v. | : | CIVIL NO. CCB-16-2494 |
| | : | Criminal No. CCB-04-0232 |
| UNITED STATES OF AMERICA | : | |

...o0o...

# ORDER

It appears that Solothal Thomas placed his motion for authorization to file a second or successive petition in the prison mailing system on June 24, 2016, before one year had passed since the Supreme Court's decision in *Johnson v. United States*, 135 S. Ct. 2551 (2015). The Fourth Circuit authorized the filing.

Accordingly, the government's motion to dismiss the petition as untimely (ECF No. 329) is **Denied**. The government is directed to respond to the merits of the *Johnson* claim within 60 days. Thomas may reply within 30 days thereafter.

**SO ORDERED** this 20th day of October, 2016.

/S/
Catherine C. Blake
United States District Judge